No. 97–1706. AMERICAN LIFE & CASUALTY INSURANCE CO. v. TROSTEL ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE

946

BREYER took no part in the consideration or decision of this petition.